Louis JOHNSON et al., Appellants,

v.

J. B. MICHAEL & COMPANY, Inc., Appellee.

No. 14100.

United States Court of Appeals
Sixth Circuit.

Oct. 11, 1960.

James G. Wheeler, Paducah, Ky., Thos. J. Marshall, Jr., of Wheeler & Marshall, Paducah, Ky., on brief, for appellee.

Before MILLER, WEICK and O'SULLIVAN, Circuit Judges.

PER CURIAM.

During the oral argument of this cause in open court, it having been suggested that the right of way in Paducah and McCracken County, Kentucky, is now open to the public and that the issues in this cause have probably become moot,

It is ordered that the judgment of the District Court be vacated and the cause remanded to determine whether such is a fact and if so to dismiss the complaint. Barker Painting Company v. Local No. 734, 281 U.S. 462, 50 S.Ct. 356, 74 L.Ed. 967; Local No. 8-6 Oil Workers Union v. Missouri, 361 U.S. 363, 80 S.Ct. 391, 4 L.Ed.2d 373.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

J. W. SALTSMAN, d.b.a. Saltsman Construction Company, Respondent.

No. 14126.

United States Court of Appeals
Sixth Circuit.

Oct. 22, 1960.

Melvin J. Welles, National Labor Relations Board, Washington, D. C., Stuart Rothman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Melvin J. Welles, Attorney, National Labor Relations Board, Washington, D. C., on brief, for petitioner.

M. Brooks Senn, Louisville, Ky., Charles I. Dawson and M. Brooks Senn, Bullitt, Dawson & Tarrant, Louisville, Ky., on brief, for respondent.

Before MARTIN, CECIL and O'SULLIVAN, Circuit Judges.

PER CURIAM.

We have duly considered the issues presented on this petition for review of the order of the National Labor Relations Board; and,

After considering the record and the oral arguments and briefs of the attorneys, we are of opinion that the order of the labor board should be enforced, save in one respect: Namely, the respondent should not be required, as ordered by the board, to reimburse those of the respondent's employees who were members of the union involved before going to the Nolin River project.

It is so ordered.